FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLAJIDE ADEL FLETCHER, I, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, WASHINGTON ATTORNEY GENERAL'S OFFICE, GRANT COUNTY SHERIFF'S OFFICE, WASHINGTON COURT OF APPEALS DIVISION III, KEVIN J. MCCRAE, STEPHEN J. KOZER, DAVID G. ESTUDILLO, JOHN MICHAEL ANTOSZ, and TYSON ROBERT HILL, <br><br> Defendants. | No.  2:25-CV-38-MKD <br><br> ORDER DISMISSING ACTION |

By Order filed July 14, 2025, the Court advised Plaintiff of the deficiencies of his First Amended Complaint (FAC) and directed him to amend or voluntarily dismiss his FAC within thirty (30) days.  ECF No. 23.  Plaintiff is proceeding *pro*

ORDER - 1

*se* and has paid the filing fee to commence this action. He was not incarcerated when he initiated this action.

A summons was issued as to all Defendants on January 30, 2025. ECF No. 3. Counsel have entered appearances on behalf of all Defendants. ECF Nos. 5, 6, 8, 9. Counsel for all Defendants were instructed that no response was required by any Defendant in this case until directed by the Court. ECF No. 10.

In Plaintiff's FAC, he seeks monetary damages, a jury trial, and injunctive relief for his claims that unidentified officers committed constructive fraud, obstructed access to the court, violated his due process rights, and "seized remedy without just compensation." ECF No. 23 at 2; *see* ECF No. 22 at 2-3. The Court cautioned Plaintiff that if he failed to comply with the directives in the Order filed on July 14, 2025, the Court would dismiss his FAC. ECF No. 23 at 14. Plaintiff did not comply with the Court's Order and has filed nothing further in this action.

The Court determined that Plaintiff failed to state a plausible claim for relief in his FAC. *Id*. at 3-11. Specifically, the Court noted that Plaintiff set forth vague and conclusory statements unsupported by facts and his FAC does not comply with the requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure. *Id*. at 3-4. The Court also determined that Plaintiff failed to state any plausible claims under the Tucker Act, and failed to name any proper Defendants to this action. *Id*. at 4-10.

ORDER - 2

For the reasons set forth above and in the Court's prior Order, ECF No. 23, **IT IS HEREBY ORDERED**:

1. Plaintiff's First Amended Complaint, ECF No. 22, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff, and **CLOSE** the file.

DATED August 19, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3