AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2025

SEAN F. McAVOY, CLERK

OLAJIDE ADEL FLETCHER, I,
*Plaintiff*

v.

STATE OF WASHINGTON, WASHINGTON ATTORNEY GENERAL'S OFFICE, GRANT COUNTY SHERIFF'S OFFICE, WASHINGTON COURT OF APPEALS DIVISION III, KEVIN J. MCCRAE, STEPHEN J. KOZER, DAVID G. ESTUDILLO, JOHN MICHAEL ANTOSZ, and TYSON ROBERT HILL,

*Defendant*

Civil Action No.  2:25-CV-38-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's First Amended Complaint, ECF No. 22, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date:  August 19, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore